STEPHEN LUSK, Respondent, *v.* JOHN C. CAMPBELL et al.,
Appellants.

(Submitted October 8, 1875; decided November 16, 1875.)

This action was upon a promissory note for $550. (Reported below, 3 Hun, 607.)

Defendants, in their answer, which was verified, set up usury, and also that the note should have been for $500, but by mistake was drawn for $550. The referee found the last issue in their favor and gave judgment only for the sum actually due. *Held*, that defendants could not complain or seek to reverse the judgment on the ground that the evidence was insufficient to warrant the finding; also, that the issue of usury was necessarily found against them by the finding that the excess in the note was the result of a mistake.

*E. R. Keyes* for the appellants.

*J. P. Sanders* for the respondent.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.